**COKER v. DAIMLERCHRYSLER CORP.**

[360 N.C. 398 (2006)]

JAMES AND CHARLOTTE COKER, ROBERT AND REBECCA DARCONTE, AND
DONALD AND BONITA SHOE v. DAIMLERCHRYSLER CORPORATION

No. 532A05

(Filed 7 April 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 172 N.C. App. ——, 617 S.E.2d 306 (2005), affirming an order and opinion dismissing plaintiffs' amended complaint entered on 5 January 2004 by Judge Ben F. Tennille in Superior Court, Rowan County. Heard in the Supreme Court 16 March 2006.

*Wallace & Graham, P.A., by Cathy A. Williams and Mona Lisa Wallace; Wyrick Robbins Yates & Ponton LLP, by K. Edward Greene; and Shipman & Wright, L.L.P., by Gary K. Shipman, for plaintiff-appellants.*

*Smith Moore LLP, by Sidney S. Eagles, Jr. and Allison O. Van Laningham, and Bush Seyferth Kethledge & Paige PLLC, by Raymond M. Kethledge, for defendant-appellee.*

*Jonathan Wall, Counsel for the North Carolina Academy of Trial Lawyers, amicus curiae.*

*Womble Carlyle Sandridge & Rice, PLLC, by Burley B. Mitchell, Jr. and Sean E. Andrussier, for the National Association of Manufacturers and the American Tort Reform Association, amici curiae.*

PER CURIAM.

AFFIRMED.

Justice MARTIN did not participate in the consideration or decision of this case.